*Charles O'Donnell, Corporation Counsel (Bernard J. McCoy of counsel),* for appellant.

*William A. Mulvey* and *Paul A. Rieser* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.

SARAH M. O'BRIEN, as Administratrix of the Estate of THOMAS F. O'BRIEN, Deceased, Respondent, *v.* B. H. TRANSPORTATION COMPANY, INC., et al., Appellants.

Argued January 10, 1944; decided February 24, 1944.

*Ward N. Truesdell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Dissenting: LEHMAN, Ch. J., and LEWIS, J.

In the Matter of the Claim of EILEEN MASHAW, Respondent, against JOSEPH FEX et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued January 11, 1944; decided February 24, 1944.